IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 13-39732 |
| | ) | Chapter 13 |
| Mark and Marisol Garcia | ) | Judge: Timothy A. Barnes |
| Debtor(s). | ) | |

## NOTICE OF MOTION

TO:   Mark and Marisol Garcia, 1939 Primrose Court Bartlett, IL 60103 *via mail*

Allstate Insurance Company, 3601 Minnesota Drive Suite 700 Bloomington Minnesota 55435 *via mail*

Regional Acceptance Corporation, 1424 E Fire Tower Rd. Greensville NC 27858 *via mail*

Regional Acceptance Corporation, Po Box 1847 Wilson NC 27894 *via mail*

Trustee Marilyn O Marshall, 224 South Michigan Ste. 800, Chicago, IL 60604 *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic delivery system*

See attached service list

PLEASE TAKE NOTICE that on **September 21, 2017 at 9:30 am** I shall appear before the Honorable Judge Timothy A. Barnes at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 744, Chicago, Illinois 60604, or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:   /s/ *David H. Cutler*
David H. Cutler

## CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on August 31, 2017 before the hour of 5:00 p.m.

By:   /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St. Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No.: 13-39732 |
| ) | Chapter 13 |
| Mark and Marisol Garcia ) | Judge: Timothy A. Barnes |
| Debtor(s). ) | |

MOTION TO AUTHORIZE DISBURSEMENT OF FUNDS

NOW COMES the Debtors, Mark and Marisol Garcia, (hereafter referred to as "the Debtors"), by and through their attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion to Authorize Disbursement of Funds, and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 11 USC 1334 and this is a "core proceeding" under 28 USC 157(b).

2. The Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code on October 9, 2013 and their Plan was confirmed on January 6, 2014.

3. As of the date of this motion the Debtors are current on their plan payments.

4. The Debtors' 2008 Hyundai Elantra was totaled in an accident and it was deemed a total loss. The Debtors' insurance company, Allstate, is holding $4,031 as a payout of the vehicle, of which $634.75 will be paid to the lienholder, Regional Acceptance Corporation and leaving a remainder of $3,396.25.

5. The Debtors seek to use the remaining $3,396.25 to purchase a replacement vehicle.

6. The Debtors requires reliable transportation for work and have 3 children to transport.

WHEREFORE, the Debtors, Mark and Marisol Garcia, pray that this Court enter an order authorizing the insurance company to disburse $634.75 to the lienholder, Regional Acceptance

Corporation and $3,396.25 to the Debtors, and for such further relief that this Court may deem just and proper.

Dated:  August 31, 2017                              Respectfully Submitted,

                  By: /s/ David H. Cutler
                     David H. Cutler, esq.,
                     Counsel for Debtor(s):
                     Cutler & Associates, Ltd.
                     4131 Main St.
                     Skokie, IL 60076
                     Phone: (847) 673-8600