IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 13-39732 |
| | ) | Chapter 13 |
| Mark and Marisol Garcia | ) | Judge: Timothy A. Barnes |
| Debtor(s). | ) | |

AMENDED NOTICE OF MOTION

TO:  Mark and Marisol Garcia, 1939 Primrose Court Bartlett, IL 60103 *via mail*

Allstate Insurance Company, 3601 Minnesota Drive Suite 700 Bloomington Minnesota 55435 *via mail*

Regional Acceptance Corporation, 1424 E Fire Tower Rd. Greensville NC 27858 *via mail*

Regional Acceptance Corporation, Po Box 1847 Wilson NC 27894 *via mail*

Trustee Marilyn O Marshall, 224 South Michigan Ste. 800, Chicago, IL 60604 *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic delivery system*

See attached service list

PLEASE TAKE NOTICE that on **September 7, 2017 at 9:30 am** I shall appear before the Honorable Judge Timothy A. Barnes at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 744, Chicago, Illinois 60604, or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:  /s/ *David H. Cutler*
David H. Cutler

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on August 31, 2017 before the hour of 5:00 p.m.

By:  /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St. Skokie, IL 60076
Phone: (847) 673-8600