UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                        )        BK No.:   13-39732
Mark A Garcia and Marisol Garcia              )
                                              )
                                              )        Chapter: 13
                                              )
                                              )        Honorable Timothy Barnes
                                              )
                                              )
            Debtor(s)                         )

**ORDER AUTHORIZING DISBURSEMENT OF FUNDS**

THIS MATTER coming to be heard on the MOTION TO AUTHORIZE DISBURSEMENT OF FUNDS, the court having jurisdiction, with due notice having been given,

IT IS HEREBY ORDERED:

1. Allstate Insurance Company is authorized to disburse $634.75 in insurance funds to the lienholder, Regional Acceptance Corporation, and $3,396.25 to the Debtors.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  September 07, 2017

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600